UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  )        Plaintiff,       )  ) | CASE NO.  06-18M (MPT) |

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
                                    )    CASE NO.  06-18M (MPT)
        vs.                         )
                                    )
    **ARTEMIO DIAS-BRAVO**          )
                                    )
            Defendant.              )

## O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this *3* day of *February*, **2006**, ORDERED that **Penny Marshall, Esq.** from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
**Honorable Mary Pat Thynge**
**U.S. Magistrate Judge**

cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE  19801
    (302) 573-6010

    Defendant
    United States Attorney