IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

    Plaintiff

v.

ARTEMIO DIAS-BRAVO,

    Defendant.

Criminal Action No. 06 – 12- UNA



## INDICTMENT

The Federal Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about January 6, 2006, in the State and District of Delaware, the defendant herein, ARTEMIO DIAS-BRAVO, an alien and citizen of Mexico, who had been deported from the United States on or about February 27, 1998, and again on or about May 24, 2004, was found in the United States and the defendant was knowingly in the United States, and prior to the defendant's re-embarkation at a place outside the United States, neither the Attorney General of the United States nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had expressly consented to the defendant's re-application for admission, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

_____
Foreperson

FILED
FEB 7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

COLM F. CONNOLLY
United States Attorney

By: _____
Adam Safwat
Assistant United States Attorney

Dated: February __, 2006