AO 442(Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

ARTEMIO DIAS-BRAVO

**WARRANT FOR ARREST**

CASE NUMBER: 06- 18M-MPT

CR06-12-UNA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **ARTEMIO DIAS-BRAVO** when and as stated in the Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment __ Information __X__ Complaint __ Order of court __ Violation Notice __ Probation Violation Petition

charging the Defendant with (brief description of offense)

knowingly re-entering the United States and being present in the United States after being deported, without prior approval of either the Attorney General or the Undersecretary for Border and Transportation Security,

in violation of Title __8__ United States Code, Section __1326(a).__

**Honorable Mary Pat Thynge**
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

**United States Magistrate Judge**
**District of Delaware**
Title of Issuing Officer

**February 1, 2006**   Wilmington, DE
Date and Location

Bail fixed at $ _____

by _____
Name of Judicial Officer

2006 FEB -6 AM 9:01

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at __Georgetown, DE__

| DATE RECEIVED 02/03/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 02/03/06 | Michael Deshaies ICE Agent | _Michael J. Deshaies_ |

FILED FEB 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AO 442 (Rev. 12/85) Warrant for Arrest

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: ___ARTEMIO DIAZ-BRAVO

ALIAS: _____Paulino Berduo Perez_____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: __M_____ RACE: __Hispanic_____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____