IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA          :

                                  :

          v.                      : Criminal No. 06-12 GMS

                                  :

ARTEMIO DIAS-BRAVO               :

                                  :

## NOTICE OF SCHEDULING

IT IS HEREBY ORDERED that a scheduling conference regarding the above-captioned

case is scheduled for **Monday, April 17, 2006, at 11:00 a.m.** , in chambers, before the

Honorable Gregory M. Sleet, United States District Judge, United States Courthouse, 844 King

Street, Wilmington, DE.  Counsel only need appear for the conference.


/s/ Gregory M. Sleet_____
UNITED STATES DISTRICT JUDGE

March 28, 2006