IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 06-12-GMS |
| ) | |
| ARTEMIO DIAS-BRAVO, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Adam Safwat as attorney of record on behalf of the United States of America, and enter the appearance of Assistant United States Attorney Edmond Falgowski.

COLM F. CONNOLLY<br>
United States Attorney<br><br>
By: _____<br>
Edmond Falgowski<br>
Assistant United States Attorney<br>
Nemours Building, #700<br>
P.O. Box 2046<br>
Wilmington, Delaware 19899-2046<br>
edmond.falgowski@usdoj.gov

Dated: 6-7-06

## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ARTEMIO DIAS-BRAVO )<br>) | Criminal Action No. 06-12-GMS |

I, Sharon L. Bernardo, employee with the United States Attorney's Office, hereby certify that on June 7, 2006, I electronically filed the foregoing:

**NOTICE OF SUBSTITUTION OF COUNSEL**

with the Clerk of the Court using the CM/ECF which will send notification of such filing to:

Eleni Kousoulis, Equire
ecf_ek@msn.com

/s/ Sharon L. Bernardo